# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

BRANDON AMMONS
Plaintiff

v.

FARMERS INSURANCE COMPANY, INC.
Defendant

2:22-cv-00015-Z
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Andrew J. Shamis, counsel for Plaintiff

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None known.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Brandon Ammons (Plaintiff), Shamis & Gentile, PA (Counsel for Plaintiff), Farmers Insurance Company, Inc. (Defendant)

| | |
|---|---|
| Date: | January 28, 2022 |
| Signature: | /s/Andrew Shamis |
| Print Name: | Andrew Shamis |
| Bar Number: | 24124558 |
| Address: | 3839 McKinney Ave, Ste. 155-2? |
| City, State, Zip: | Dallas, TX 75204 |
| Telephone: | 305-479-2299 |
| Fax: | 786-623-0915 |
| E-Mail: | ashamis@shamisgentile.com |

**NOTE:**  To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons