## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Northern District of Texas

Case Number: 2:22-CV-00015-Z

Plaintiff:
**BRANDON AMMONS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED**

vs.

Defendant:
**FARMERS INSURANCE COMPANY**

For:
Andrew J. Shamis, Esq.
Shamis & Gentile, P.A.
14 NE 1ST Avenue, Suite 400
Miami, FL 33132

Received by Global Process Services Corp on the 31st day of January, 2022 at 2:59 pm to be served on **FARMERS INSURANCE COMPANY, INC. ATTN: DOREN HOHL- REGISTERED AGENT, 6301 OWENSMOUTH AVE., WOODLAND HILLS, CA 91367**.

I, Tamar Ravid, being duly sworn, depose and say that on the **4th day of February, 2022** at **12:30 pm**, I:

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action, Certificate of Interested Persons and Class Action Complaint** with the date and hour of service endorsed thereon by me, to: **CAMERON NELSON** as **AUTHORIZED TO ACCEPT** for **FARMERS INSURANCE COMPANY, INC. ATTN: DOREN HOHL- REGISTERED AGENT**, at the address of: **6301 OWENSMOUTH AVE., WOODLAND HILLS, CA 91367**, and informed said person of the contents therein, in compliance with state statutes.

Description of Person Served: Age: 30, Sex: M, Race/Skin Color: White, Height: 5'6", Weight: 160, Hair: Brown, Glasses: N

I certify that I am over the age of eighteen, and that I have no interest in the above action. Per F.S.92.525(2) Under penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated in it are true.

Subscribed and Sworn to before me on the 7th day of February, 2022 by the affiant who is personally known to me.

NOTARY PUBLIC

RUSSELL LOZA
Notary Public - California
Los Angeles County
Commission # 2364634
My Comm. Expires Jul 7, 2025

Tamar Ravid
#5967

Global Process Services Corp
P.O. Box 961556
Miami, FL 33296
(786) 287-0606

Our Job Serial Number: GER-2022000282
Ref: S&G

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2c

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Brandon Ammons, individually and on behalf of all others similarly situated, <br><br> *Plaintiff(s)* <br><br> v. <br><br> Farmers Insurance Company, Inc. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:22-CV-015-Z |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Farmers Insurance Company, Inc.
Attn: Doren Hohl- Registered Agent
6301 Owensmouth Ave.
Woodland Hills, CA 91367

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shamis & Gentile, P.A.
Andrew J. Shamis, Esq.
3839 McKinney Avenue, Suite 155-2319
Dallas, TX 75204
305-479-2299

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: January 31, 2022

A. Cobb, Deputy Clerk
*Signature of Clerk or Deputy Clerk*