IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| BRANDON AMMONS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>FARMERS INSURANCE EXCHANGE d/b/a FARMERS INSURANCE,<br><br>*Defendant*. | Case No. 2:22-CV-00015-Z-BR |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Brandon Ammons, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1. All claims of the Plaintiff, Brandon Ammons, individually, are hereby dismissed without prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: June 03, 2022

Respectfully Submitted,

**Shamis & Gentile, P.A.**
/s/ Andrew J. Shamis
Andrew J. Shamis, Esq.
Texas Bar No. 24124558
ashamis@shamisgentile.com
3839 McKinney Avenue, Suite 155-2319
Dallas, Texas 75204
Telephone: 305-479-2299

*Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on June 03, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

By: */s/ Andrew J. Shamis*
Andrew J. Shamis, Esq.
Texas Bar # 24124558

*Counsel for Plaintiff and the Class*