IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| BRANDON AMMONS, | § | |
| Plaintiff, | § § § | |
| v. | § § | 2:22-CV-015-Z-BR |
| FARMERS INSURANCE EXCHANGE, | § § § | |
| Defendant. | § | |

**NOTICE**

Before the Court is Plaintiff's Notice of Dismissal without Prejudice (ECF No. 18), filed on June 3, 2022. The filing is "a notice of dismissal" filed "before the opposing party serve[d] either an answer or a motion for summary judgment." FED. R. CIV. P. 41(a)(1)(A)(i). Defendant has done neither. Plaintiff is entitled to voluntary dismissal without prejudice because a "notice of dismissal is self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *Bechuck v. Home Depot U.S.A., Inc.*, 814 F.3d 287, 291 (5th Cir. 2016) (quoting *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015)). Therefore, the Court **DIRECTS** the United States District Clerk to close the case. Plaintiff's filing moots Defendant's Motion to Dismiss (ECF No. 12).

The Court issues notice accordingly.

June 6, 2022

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE